**E-FILED**
Thursday, 29 November, 2012   12:02:04 PM
Clerk, U.S. District Court, ILCD

**SHA-1 Hash:** 8EFFC96D5919B7FB027921502F6E95E4D570400E   **Title:** Asa Akira Is Insatiable #3
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 98.212.113.3 | 10/08/2012 14:48 | Lincoln | IL | Comcast Cable | BitTorrent |
| 2 | 98.214.245.190 | 10/05/2012 19:13 | Decatur | IL | Comcast Cable | BitTorrent |
| 3 | 98.222.133.184 | 10/06/2012 23:49 | Champaign | IL | Comcast Cable | BitTorrent |
| 4 | 98.222.48.255 | 10/06/2012 07:50 | Urbana | IL | Comcast Cable | BitTorrent |
| 5 | 98.228.59.52 | 10/20/2012 22:38 | Urbana | IL | Comcast Cable | BitTorrent |
| 6 | 98.228.89.70 | 11/06/2012 12:56 | Bloomington | IL | Comcast Cable | BitTorrent |
| 7 | 98.228.94.85 | 11/12/2012 13:04 | Bloomington | IL | Comcast Cable | BitTorrent |

EXHIBIT A

CIL12